**FILED**
JUL 12 2018
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

SO ORDERED.

_____
ROBERT E. LITTLEFIELD, JR.
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:   Jack Diamond Fitch, Jr.,

Debtor.

Case No. 18-10023
Chapter 13

### AMENDED DISMISSAL ORDER

On May 25, 2018, the Court dismissed the Debtor's case, with prejudice for a period of 180 days, for failure to pay the filing fee. (ECF No. 50.) On July 10, 2018, the Debtor paid the outstanding filing fee in full and filed a letter regarding the dismissal of his case with prejudice. (ECF No. 57.) Now, after due deliberation, it is hereby

**ORDERED**, that the above referenced case is dismissed without prejudice.

###