*ocdsmATr*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  
Jack Diamond Fitch Jr

xxx−xx−2508  
2801 Wellington Ave  
Schenectady, NY 12306

Case Number: 18−10023−1−rel

Chapter: 13

## ORDER CLOSING DISMISSED CASE AND DISCHARGING TRUSTEE

The above named case having been dismissed by Order dated 5/25/18 , it is

ORDERED that Andrea E. Celli−Trustee is discharged as trustee of the estate of the above−named debtor(s) and that the case be and hereby is closed.

Albany, NY  
DATED: 9/25/18

*BY THE COURT*

HON. ROBERT E. LITTLEFIELD, JR.  
U.S. Bankruptcy Judge